THE PEOPLE OF THE STATE OF NEW YORK ex rel. LOUIS MONSKY, Appellant, against WALTER B. MARTIN, as Warden of Clinton Prison, Respondent.

Submitted January 3, 1944; decided January 13, 1944.

*Nathaniel L. Goldstein, Attorney-General (Patrick H. Clune, Orrin G. Judd* and *Ruth K. Toch* of counsel), for motion to dismiss appeal and in opposition to appellant's motion.

*Louis Monsky,* in person, for motion for leave to prosecute appeal on original record et cetera, and in opposition to motion to dismiss appeal.

Motion to dismiss appeal granted and appeal dismissed on the ground that no substantial constitutional question is involved in the appeal from the order of the Appellate Division and that no appeal lies as of right from that order.

Motion for assignment of counsel and for leave to prosecute appeal on original record and typewritten brief denied.